N. ARI WEISBROT (NAW6029)
SHAPIRO & CROLAND, ESQS.
411 Hackensack Avenue
Hackensack, New Jersey 07601
Attorneys for Plaintiff Habibollah Kermanshah
(201) 488-3900



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HABIBOLLAH KERMANSHAH,<br><br>Plaintiff,<br><br>v.<br><br>ABBAS KERMANSHAH, ABDOLMAJID KERMANSHAH, a/k/a MAJID KERMANSHAH, ABDOLHAMID KERMANSHAH, a/k/a HAMID KERMANSHAH, 263 WEST 30TH INC., BANAFSH REALTY, INC., EBRAHIM REALTY, INC., KERMANSHAH BROTHERS ORIENTAL RUGS, INC., KERMANSHAH ORIENTAL RUGS, INC., KERMANSHAH BROTHERS RUGS, INC., OVERSEAS PARTNERSHIP CO., INC., OVERSEAS PARTNERSHIP COMPANY, RAHMAN NY, INC., SHERIN WEST 86TH STREET CORP., SHIREWIL, INC., and WILSHIRE LIMITED,<br><br>Defendants. | CIVIL ACTION NO.: 08-<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Habibollah Kermanshah (a private non-governmental party) certifies that the Plaintiff does not have any corporate parents, affiliates

and/or subsidiaries of said parties, which are publicly held.

Dated: Hackensack, New Jersey
       January 15, 2007

                                          **SHAPIRO & CROLAND, ESQS.**
                                          Attorneys for Plaintiff
                                          Habibollah Kermanshah
                                          411 Hackensack Avenue, 6th Floor
                                          Hackensack, New Jersey 07601
                                          (201) 488-3900

                                          By: _____
                                                N. Ari Weisbrot  (NW6029)