UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

HABIBOLLAH KERMANSHAH, :

              Plaintiff, :

          -against- :    08 Civ. 0409 (BSJ) (AJP)

ABBAS KERMANSHAH a/k/a MAJID KERMANSHAH, :    ORDER
et al.,
              :

              Defendants.
              :
------------------------------------------------------------ x

**ANDREW J. PECK, United States Magistrate Judge:**

    This case has been referred to me by Judge Jones for general pretrial purposes.

    The parties are advised to provide my chambers with a courtesy copy of all papers hereafter filed with the Court in this matter.

    As soon as defendants have responded to the complaint or counsel for defendant has appeared, whichever first occurs, the parties shall call my secretary (at 212-805-0036) to schedule the Initial Pretrial Conference.

    Plaintiff is to serve this Order on defendants or defendants' counsel.

    The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is enclosed.

    SO ORDERED.

DATED:    New York, New York
              February 4, 2008

                                          Andrew J. Peck
                                          United States Magistrate Judge

Copies **by fax & ECF** to:    Nathaniel Ari Weisbrot, Esq.
                                 Judge Barbara S. Jones

C:\ORD\Referral Notice