UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
HABIBOLLAH KERMANSHAH,

    Plaintiff,

  v.

ABBAS KERMANSHAH, ABDOLMAJID
KERMANSHAH, a/k/a/ MAJID
KERMANSHAH, ABDOLHAMID
KERMANSHAH, a/k/a HAMID
KERMANSHAH, 263 WEST 30TH INC.,
BANAFSH REALTY, INC., EBRAHIM
REALTY, INC., KERMANSHAH
BROTHERS ORIENTAL RUGS, INC.,
KERMANSHAH ORIENTAL RUGS, INC.,
KERMANSHAH BROTHERS RUGS, INC.,
OVERSEAS PARTNERSHIP CO., INC.,
OVERSEAS PARTNERSHIP COMPANY,
RAHMAN NY, INC., SHERIN WEST 86TH
STREET CORP., SHIREWIL, INC., and
WILSHIRE LIMITED,

    Defendants.
---------------------------------------------------------------X

CIVIL ACTION NO.: 08 CV 00409 (AJP)

STIPULATION + ORDER



  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties hereto.

  1. The time within which Defendants other than Abbas Kermanshah (who has not yet been served) may respond to the complaint hereby is extended to and including March 14, 2008; and

  2. All Defendants other than Abbas Kermanshah hereby waive any defense based upon failure of service of process, waive all jurisdictional defenses (except as to the existence of diversity jurisdiction) but expressly reserve all other defenses to this action.

10610430.1



Dated: New York, New York
February 19, 2008

| | |
|---|---|
| SHAPIRO & CROLAND, ESQS. | SCHULTE ROTH & ZABEL LLP |
| *(signature)* | *(signature)* |
| N. Ari Weisbrot | Robert M. Abrahams |
| 411 Hackensack Avenue, 6th Floor | 919 Third Avenue |
| Hackensack, New Jersey 07601 | New York, New York 10022 |
| (201) 488-3900 | (212) 756-2000 |
| aweisbrot@shapiro-croland.com | robert.abrahams@srz.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

SO ORDERED:

*(signature)*

United States District Judge
Dated: February 21, 2008

10610430.1