UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

HABIBOLLAH KERMANSHAH, :

          Plaintiff, :

    -against- :

ABBAS KERMANSHAH, et al., :

          Defendants. :

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 2/25/08

08 Civ. 0409 (BSJ) (AJP)

ORDER SCHEDULING
STATUS CONFERENCE

**ANDREW J. PECK, United States Magistrate Judge:**

IT IS HEREBY ORDERED that a status conference is scheduled for March 11, 2008 at 11:30 a.m. before the undersigned in Courtroom 20D (500 Pearl Street).

Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers hereafter filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

SO ORDERED.

Dated:     New York, New York
          February 25, 2008

                                                Andrew J. Peck
                                                United States Magistrate Judge

Copies **by fax & ECF** to:    Ari Weisbrot, Esq.
                                   Robert M. Abrahams, Esq.
                                   Judge Barbara S. Jones

C:\ORD\Order Scheduling Status Conference