AO 440 (Rev. 10/93) Summons in a Civil Action        **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS AND COMPLAINT, CIVIL COVER SHEET** |
| EFFECTED (1) BY ME: | **MALGORZATA SLADEK** |
| TITLE: | **PROCESS SERVER**      DATE: **01/22/2008  03:30PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

KERMANSHAH BROTHERS RUGS INC.

Place where served:

57 5TH AVE  NEW YORK NY 100##

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

JOHN DOE - REFUSED TO GIVE NAME

Relationship to defendant: MANAGING AGENT

Description of person accepting service:

SEX: M__  AGE: 51-65__  HEIGHT: 5'9"-6'0"__  WEIGHT: 161-200 LBS.__  SKIN: BROWN__  HAIR: BLACK__  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

> As per an employee at this address that was sitting at the entrance of this facility, state that he was not authorized to accept, but he would go get the (manager) who was authorized to accept for any legal documents. When the (manager) came out the server stated to him what she was there for and what kind of documents she had, then that's when he refused to give any more information to the server. He refused to give his name

**STATEMENT OF SERVER**

TRAVEL $ _____.___        SERVICES $ _____.___        TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 1 /25/ 20 08

SIGNATURE OF MALGORZATA SLADEK
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

Carla P. Gomes

CARLA P. GOMES
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Oct. 27, 2009

| | |
|---|---|
| ATTORNEY: | N. ARI WEISBROT, ESQ. |
| PLAINTIFF: | HABIBOLLAH KERMANSHAH |
| DEFENDANT: | ABBAS KERMANSHAH, ET AL |
| VENUE: | DISTRICT SDNY |
| DOCKET: | 08 CV 00409 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern   District of   New York

HABIBOLLAH KERMANSHAH

**SUMMONS IN A CIVIL ACTION**

V.
ABBAS KERMANSHAH, , ET ALS.

CASE NUMBER:   08 CV 00409

TO: (Name and address of Defendant)

KERMANSHAH BROTHERS RUGS, INC.
57 FIFTH AVENUE
NEW YORK, NEW YORK 10003

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

N. ARI WEISBROT, ESQ.
SHAPIRO & CROLAND, ESQS.
CONTINENTAL PLAZA II
411 HACKENSACK AVENUE
HACKENSACK, NEW JERSEY 07601

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                               JAN 1 6 2008

CLERK                                             DATE

(By) DEPUTY CLERK