UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
HABIBOLLAH KERMANSHAH,

        Plaintiff,

v.

ABBAS KERMANSHAH, ABDOLMAJID
KERMANSHAH, a/k/a/ MAJID
KERMANSHAH, ABDOLHAMID
KERMANSHAH, a/k/a HAMID
KERMANSHAH, 263 WEST 30TH INC.,
BANAFSH REALTY, INC., EBRAHIM
REALTY, INC., KERMANSHAH
BROTHERS ORIENTAL RUGS, INC.,
KERMANSHAH ORIENTAL RUGS, INC.,
KERMANSHAH BROTHERS RUGS, INC.,
OVERSEAS PARTNERSHIP CO., INC.,
OVERSEAS PARTNERSHIP COMPANY,
RAHMAN NY, INC., SHERIN WEST 86TH
STREET CORP., SHIREWIL, INC., and
WILSHIRE LIMITED,

        Defendants.
------------------------------------------------------------x

INDEX NO.: 08 CV 00409 (BSJ)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/17/08

## STIPULATION AND ORDER

        WHEREAS, the undersigned parties previously stipulated that the Defendants other than Abbas Kermanshah (who has not yet been served) would respond to the complaint on or before March 14, 2008;

        WHEREAS, that stipulation was so ordered by this Court on February 21, 2008; and

        WHEREAS, that stipulation was the only previous extension granted to the Defendants other than Abbas Kermanshah to respond to the complaint;

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties hereto:

10627635.1



1. The time within which Defendants other than Abbas Kermanshah may respond to the complaint hereby is extended to and including March 18, 2008; and

2. All Defendants other than Abbas Kermanshah hereby waive any defense based upon failure of service of process, waive all jurisdictional defenses (except as to the existence of diversity jurisdiction) but expressly reserve all other defenses to this action.

Dated: New York, New York
March 12, 2008

SHAPIRO & CROLAND, ESQS.

*N. Ari Weisbrot by GAK*

N. Ari Weisbrot
411 Hackensack Avenue, 6th Floor
Hackensack, New Jersey 07601
(201) 488-3900
aweisbrot@shapiro-croland.com

*Attorneys for Plaintiff*

SCHULTE ROTH & ZABEL LLP

Robert M. Abrahams
919 Third Avenue
New York, New York 10022
(212) 756-2000
robert.abrahams@srz.com

*Attorneys for Defendants*

SO ORDERED:

United States District Judge
Dated: March 17 2008

10627635.1