AO 85A (Rev. 8/98) Consent to Exercise of Jurisdiction by a United States Judge Over Specific Motion(s)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/19/08

# UNITED STATES DISTRICT COURT

Southern District DISTRICT OF New York

Habibollah Kermanshah

Plaintiff
V.

Defendant

ABBAS Kermanshah

CONSENT TO EXERCISE OF JURISDICTION
BY A UNITED STATES MAGISTRATE JUDGE
OVER DISPOSITIVE MOTIONS DESCRIBED
UNDER 28 U.S.C.§636(b)(1)(B)

CASE NUMBER: 08 Cw 0409 (BSJ)

## CONSENT TO EXERCISE OF JURISDICTION

In accordance with the provisions of 28 U.S.C.§636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings and enter a final order as to each motion identified below.

MOTION(S): To Dismiss per Fed R Civ P 9(b) + 12(b)(6)

| Party Represented | Signatures | Date |
|---|---|---|
| Defendants | Schulte Roth & Zabel by P. Blaude | 3/13/08 |
| Plaintiff | C. Whiting | 3/13/08 |
| | Phillips N. 2— | |

## ORDER OF REFERENCE

IT IS ORDERED that the above motion(s) be referred to _Andrew J. Peck_, United States Magistrate Judge, to conduct all proceedings and enter a final order on such motion(s) in accordance with 28 U.S.C.§636(c) and Fed.R.Civ.P.73.

3/17/08
Date

Barbara S. Jones
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.