UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

HABIBOLLAH KERMANSHAH,

           Plaintiff,

v.

ABBAS KERMANSHAH, ABDOLMAJID KERMANSHAH, a/k/a MAJID KERMANSHAH, ABDOLHAMID KERMANSHAH, a/k/a HAMID KERMANSHAH, 263 WEST 30TH INC., BANAFSH REALTY, INC., EBRAHIM REALTY, INC., KERMANSHAH BROTHERS ORIENTAL RUGS, INC., KERMANSHAH ORIENTAL RUGS, INC., KERMANSHAH BROTHERS RUGS, INC., OVERSEAS PARTNERSHIP CO., INC., OVERSEAS PARTNERSHIP COMPANY, RAHMAN NY, INC., SHERIN WEST 86TH STREET CORP., SHIREWIL, INC., and WILSHIRE LIMITED,

           Defendants.

------------------------------------------------------x

Civil Action No. 1:08-cv-00409-BSJ-AJP

ECF Case

**RULE 7.1 DISCLOSURE STATEMENT**

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants 263 West 30th Inc., Banafsh Realty, Inc., Ebrahim Realty, Inc., Kermanshah Brothers Oriental Rugs, Inc., Kermanshah Oriental Rugs, Inc., Kermanshah Brothers Rugs, Inc., Overseas Partnership Co., Inc., Overseas Partnership Company, Rahman NY, Inc., Sherin West 86th Street Corp., Shirewil, Inc., and Wilshire Limited certify that there are no corporate parents of said Defendants, and no publicly-held corporation owns 10% or more of the stock of any of the foregoing entities.

10635859.1

Dated: New York, New York
       March 21, 2008

SCHULTE ROTH & ZABEL LLP

By: /s/ Robert M. Abrahams
    Robert M. Abrahams
    Gregory A. Kasper

919 Third Avenue
New York, New York  10022
(212) 756-2000
robert.abrahams@srz.com
gregory.kasper@srz.com

*Attorneys for Defendants*

10635859.1