UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

HABIBOLLAH KERMANSHAH,

            Plaintiff,

v.

ABBAS KERMANSHAH, ABDOLMAJID KERMANSHAH, a/k/a MAJID KERMANSHAH, ABDOLHAMID KERMANSHAH, a/k/a HAMID KERMANSHAH, 263 WEST 30TH INC., BANAFSH REALTY, INC., EBRAHIM REALTY, INC., KERMANSHAH BROTHERS ORIENTAL RUGS, INC., KERMANSHAH ORIENTAL RUGS, INC., KERMANSHAH BROTHERS RUGS, INC., OVERSEAS PARTNERSHIP CO., INC., OVERSEAS PARTNERSHIP COMPANY, RAHMAN NY, INC., SHERIN WEST 86TH STREET CORP., SHIREWIL, INC., and WILSHIRE LIMITED,

            Defendants.

------------------------------------------------------x

Civil Action No. 1:08-cv-00409-BSJ-AJP

ECF Case

**NOTICE OF MOTION**

       PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of the Motion to Dismiss the Plaintiff's Complaint Made by Defendants Abdolmajid Kermanshah, Abdolhamid Kermanshah, 263 West 30th Inc., Banafsh Realty, Inc., Ebrahim Realty, Inc., Kermanshah Brothers Oriental Rugs, Inc., Kermanshah Oriental Rugs, Inc., Kermanshah Brothers Rugs, Inc., Overseas Partnership Co., Inc., Overseas Partnership Company, Rahman NY, Inc., Sherin West 86th Street Corp., Shirewil, Inc., and Wilshire Limited (collectively, the "Moving Defendants"), the Declaration of Gregory A. Kasper, sworn to on March 21, 2008, and upon all prior pleadings and proceedings had herein, the Moving Defendants will move this Court before the Honorable Andrew J. Peck, United States Magistrate Judge, at the Daniel Patrick Moynihan United States Courthouse located at 500 Pearl Street, New

10635806.1

York, New York, on a date and at a time to be determined by the Court, for an order dismissing the Complaint pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: New York, New York
March 21, 2008

                                    SCHULTE ROTH & ZABEL LLP

                                    By: /s/ Robert M. Abrahams
                                        Robert M. Abrahams
                                        Gregory A. Kasper

                                      919 Third Avenue
                                      New York, New York 10022
                                      (212) 756-2000
                                      robert.abrahams@srz.com
                                      gregory.kasper@srz.com

                                      *Attorneys for Defendants*

To:    N. Ari Weisbrot, Esq.
        Phillips Nizer LLP
        25 Main Street, 6th Floor
        Hackensack, New Jersey 07601-7015
        (201) 488-3900
        aweisbrot@phillipsnizer.com

        *Attorney for Plaintiff*