UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
HABIBOLLAH KERMANSHAH,  :

             Plaintiff,  :    CIVIL ACTION NO.: 08 CV 00409

        v.  :

ABBAS KERMANSHAH, ABDOLMAJID  :
KERMANSHAH, a/k/a/ MAJID  :    NOTICE OF SUBSTITUTION OF
KERMANSHAH, ABDOLHAMID  :    COUNSEL OF RECORD FOR
KERMANSHAH, a/k/a HAMID  :    PLAINTIFF
KERMANSHAH, 263 WEST 30TH INC.,  :
BANAFSH REALTY, INC., EBRAHIM  :
REALTY, INC., KERMANSHAH  :
BROTHERS ORIENTAL RUGS, INC.,  :
KERMANSHAH ORIENTAL RUGS, INC.,  :
KERMANSHAH BROTHERS RUGS, INC.,  :
OVERSEAS PARTNERSHIP CO., INC.,  :
OVERSEAS PARTNERSHIP COMPANY,  :
RAHMAN NY, INC., SHERIN WEST 86TH  :
STREET CORP., SHIREWIL, INC., and  :
WILSHIRE LIMITED,  :

             Defendants.  :
------------------------------------------------------------x

**PLEASE TAKE NOTICE** that, pursuant to Local Civil Rule 1.4, the firm of Phillips Nizer, LLP is hereby substituted as counsel for Plaintiff Habibollah Kermanshah, in place and instead of the firm of Shapiro & Croland.

_____
HABIBOLLAH KERMANSHAH

Sworn to before me this day of March, 2008

RICHARD A. GRIMES
NOTARY PUBLIC OF NEW JERSEY
ID# 2024171
My Commission Expires Feb. 08, 2012

3/14/08

_____
Notary Public

10610430.1

1037556.1

PHILLIPS NIZER, LLP

By: _____
N. Ari Weisbrot (NAW 6029)
666 Fifth Avenue
New York, New York 10103
(212) 977-9700

*Incoming Attorneys for Plaintiff*

SHAPIRO & CROLAND

By: _____
Stuart Reiser, Esq.
411 Hackensack Avenue
6th Floor
Hackensack, New Jersey 07601
(201) 488-3900

*Outgoing Attorneys for Plaintiff*

So Ordered:

_____

Dated: _____, 2008

10610430.1

1037556.1