*Pockmore*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 4/7/08

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
HABIBOLLAH KERMANSHAH,   :
        Plaintiff,   :   CIVIL ACTION NO.: 08 CV 00409 (AJP)
        v.   :
ABBAS KERMANSHAH, ABDOLMAJID   :
KERMANSHAH, a/k/a/ MAJID   :
KERMANSHAH, ABDOLHAMID   :
KERMANSHAH, a/k/a HAMID   :
KERMANSHAH, 263 WEST 30TH INC.,   :   RULE 4.1 AFFIDAVIT
BANAFSH REALTY, INC., EBRAHIM   :
REALTY, INC., KERMANSHAH   :
BROTHERS ORIENTAL RUGS, INC.,   :
KERMANSHAH ORIENTAL RUGS, INC.,   :
KERMANSHAH BROTHERS RUGS, INC.,   :
OVERSEAS PARTNERSHIP CO., INC.,   :
OVERSEAS PARTNERSHIP COMPANY,   :
RAHMAN NY, INC., SHERIN WEST 86TH   :
STREET CORP., SHIREWIL, INC., and   :
WILSHIRE LIMITED,   :
        Defendants.   :
-------------------------------------------------------x

    I am N. Ari Weisbrot, a member of Phillips Nizer, LLP. Habibollah Kermanshah is the Plaintiff in the above-captioned action. I have been representing the Plaintiff for several months but have recently moved firms from withdrawing counsel, Shapiro & Croland, to substituting counsel, Phillips Nizer, LLP. Plaintiff has directed me to continue to prosecute his claims and has executed a release and authorization, as well as a Substitution of Counsel. Shapiro & Croland has consented to the substitution of Phillips Nizer, LLP.

1039760.1

Dated: Hackensack, New Jersey
April 4, 2008

PHILLIPS NIZER, LLP

By: _____
N. Ari Weisbrot
Incoming Counsel for Plaintiff
Court Plaza II
25 Main Street
Hackensack, NJ 07601-7015
Tel. No. (201) 487-3700
Fax No. (201) 646-1764
aweisbrot@phillipsnizer.com

SO ORDERED:

_____
Dated: 4/7/08, 2008

HON. ANDREW J. PECK
United States Magistrate Judge
Southern District of New York

BY FAX

10610430.1

1039760.1