UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
HABIBOLLAH KERMANSHAH,

           Plaintiff,

v.

ABBAS KERMANSHAH, ABDOLMAJID
KERMANSHAH, a/k/a MAJID
KERMANSHAH, ABDOLHAMID
KERMANSHAH, a/k/a HAMID
KERMANSHAH, 263 WEST 30TH INC.,
BANAFSH REALTY, INC., EBRAHIM
REALTY, INC., KERMANSHAH
BROTHERS ORIENTAL RUGS, INC.,
KERMANSHAH ORIENTAL RUGS, INC.,
KERMANSHAH BROTHERS RUGS, INC.,
OVERSEAS PARTNERSHIP CO., INC.,
OVERSEAS PARTNERSHIP COMPANY,
RAHMAN NY, INC., SHERIN WEST 86TH
STREET CORP., SHIREWIL, INC., and
WILSHIRE LIMITED,

           Defendants.
------------------------------------------------------x

Civil Action No. 1:08-cv-00409-BSJ-AJP

ECF Case

**NOTICE OF MOTION**

       PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law in Support of the Motion to Dismiss the Plaintiff's First Amended Complaint made by Defendants Abdolmajid Kermanshah, Abdolhamid Kermanshah, 263 West 30th Inc., Banafsh Realty, Inc., Ebrahim Realty, Inc., Kermanshah Brothers Oriental Rugs, Inc., Kermanshah Oriental Rugs, Inc., Kermanshah Brothers Rugs, Inc., Overseas Partnership Co., Inc., Overseas Partnership Company, Rahman NY, Inc., Sherin West 86th Street Corp., Shirewil, Inc., and Wilshire Limited (the "Moving Defendants"), the Declaration of F. Barbara Gluck Reid , sworn to on May 14., 2008, the Affidavit of Abdolhamid Kermanshah, sworn to May 14, 2008, and upon all prior pleadings and proceedings had herein, the Moving Defendants will move this Court before the Honorable Andrew J. Peck, United States Magistrate Judge, at the Daniel Patrick Moynihan

10673315.1

United States Courthouse located at 500 Pearl Street, New York, New York, on a date and at a time to be determined by the Court, for an order dismissing the First Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       Mary 14, 2008

                            SCHULTE ROTH & ZABEL LLP

                          By: /s/ F. Barbara Gluck Reid
                               Robert M. Abrahams
                               F. Barbara Gluck Reid

                               919 Third Avenue
                               New York, New York 10022
                               (212) 756-2000
                               robert.abrahams@srz.com
                               barbara.reid@srz.com

                               *Attorneys for Defendants*

To:    N. Ari Weisbrot, Esq.
        Phillips Nizer LLP
        25 Main Street, 6th Floor
        Hackensack, New Jersey  07601-7015
        (201) 488-3900
        aweisbrot@phillipsnizer.com

        *Attorney for Plaintiff*

10673315.1