AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

HABIBOLLAH KERMANSHAH

**SUMMONS IN A CIVIL ACTION**

V.

ABBAS KERMANSHAH

CASE NUMBER: 08-cv-409

TO: (Name and address of Defendant)

ABBAS KERMANSHAH
305 EAST 24th STREET, APT. 4S
NEW YORK, NY 10010

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

N. ARI WEISBROT, ESQ.
PHILLIPS NIZER, LLP
COURT PLAZA NORTH
25 MAIN STREET, SUITE 601
HACKENSACK, NJ 07601

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**          APR 21 2008

CLERK                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE: JULY 10, 2008 |
| NAME OF SERVER (PRINT): YOLER JEAN-BAPTISTE | TITLE: PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: FREDERICK "DOE" - DOORMAN (REFUSED TO REVEAL LAST NAME)

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
              Date

Signature of Server

2132 WANTAGH AVE, WANTAGH, NY 11793
*Address of Server*

DIANNE JUSTICE
Notary Public, State of New York
No. 01JU5048773
Qualified in Nassau County
Commission Expires August 28, 09

7/14/08

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

```
Trans #: 10664055
U.S. DISTRICT COURT OF THE STATE OF NEW YORK          Index #: 08-CV-409
                                                      Filed: NO    Court Date:  /  /
COUNTY OF    SOUTHERN                                 Mortg #:    FD 4/21/08
```

HABIBOLLAH KERMANSHAH                    Petitioner (s)
                                         Plaintiff (s)

                    — vs —
                                                          PHILLIPS, NIZER, ETC
ABBAS KERMANSHAH                         Defendant (s)    666 FIFTH AVENUE
                                         Respondent (s)   NEW YORK, NY 10103

STATE OF NEW YORK: COUNTY OF _____NASSAU_____ : SS:

YOLER JEAN-BAPTISTE _____, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on **July 10,**, XX2008 **07:09 PM**, at **305 E. 24TH ST, APT 4S, NEW YORK NY 10010**
deponent served the within **SUMMONS/FIRST AMENDED COMPLNT/INDEX#/FILE DTE** on
**ABBAS KERMANSHAH** defendant therein named.

**INDIVIDUAL**
1 ☐  By Personally delivering to and leaving with said _____ a true copy thereof, and that he knew the person so served to be the person mentioned and described in said _____
☐ Defendant was identified by self admission and by the photograph furnished.

**CORPORATION**
2 ☐  By delivering to and leaving with _____ at _____
_____, NY, and that he knew the person so served to be the managing/authorized agent of the corporation, and said person stated that he was authorized to accept service on behalf of the corporation.

Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:

**SUITABLE AGE PERSON**
3 ☒  By delivering a true copy thereof to and leaving with **FREDERICK "DOE" - DOORMAN**, a person of suitable age and discretion at **305 E. 24TH ST, APT 4S, NEW YORK NY 10010** ############, NY, the said premises being the defendants – respondents (dwelling place) (usual place of abode) (place of business) within the State of New York.

**AFFIXING TO DOOR, ETC.**
*REFUSED TO REVEAL LAST NAME BUT INDICATED HE WAS AUTHORIZED TO ACCEPT SERVICE ON BEHALF OF THE DEFENDANT

4 ☐  By affixing a true copy thereof to the door of said premises, the same being the defendant's (dwelling place) (usual place of abode) (place of business) within the State of New York.

**MAILING Use with 3 or 4**
Deponent completed service under the last two sections by depositing a copy of the **SUMMONS/FIRST AMENDED COMPLNT /INDEX#/FILE DTE** in a postpaid, properly addressed plain envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York, on **July 10**, XX2008 to the above address

5 ☒

**PREVIOUS ATTEMPTS Use with 4**
Deponent had previously attempted to serve the above named defendant/respondent.

6 ☐

A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT OR PERSON SPOKEN TO CONFIRMING NON MILITARY STATUS OF DEFENDANT IS AS FOLLOWS:
Approximate age **36-50**   Approximate weight **161-200**   Approximate height **5'9"-6'0"**   Sex **M**
Color of skin **WHITE**   Color of hair **BLACK**   Other _____

☒ Spoke with **FREDERICK "DOE" 7/10/08** who confirmed non-military status of defendant. Deponent asked the person spoken to whether the defendant was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not. Your deponent further says that he knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

Sworn to before me this 7/12/08

YOLER JEAN-BAPTISTE, Lic. # 657717

DIANNE JUSTICE
Notary Public, State of New York
No. 01JU5048773
Qualified in Nassau County
Commission Expires August 28

Interboro Attorney Service Corporation
2132 WANTAGH AVE. • P.O. BOX 1200 • WANTAGH, N.Y. 11793 • 516/221-2000